UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-175-2H

UNITED STATES OF AMERICA

v.

KYARA NICOLE JONES

ORDER TO SEAL

On motion of the Defendant, Kyara N. Jones, and for good cause shown, it is hereby ORDERED that the [DE #74] be sealed until further notice by this Court.

IT IS SO ORDER.

This 6th day of September 2017.

MALCOLM J. HOWARD
Senior United States District Judge