UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kyara Nicole Jones              Docket No. 5:16-CR-175-2BO

**Petition for Action on Supervised Release**

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kyara Nicole Jones, who, upon an earlier plea of guilty to Carjacking and Aiding and Abetting, 18 U.S.C. § 2119(2) and 18 U.S.C. § 2; and Brandishing a Firearm in Connection with a Crime of Violence and Aiding and Abetting, 18 U.S.C. § 924(c), 18 U.S.C. § 924(c)(1)(A)(ii) and 18 U.S.C. § 2, was sentenced by the Honorable Malcolm J. Howard, Senior United States District Judge, on November 7, 2017, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Kyara Nicole Jones was released from custody on October 26, 2023, at which time the term of supervised release commenced. On March 19, 2024, the case was transferred to the Honorable Terrence W. Boyle, United States District Judge.

On March 19, 2024, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was referred to substance abuse treatment and mental health treatment. The defendant was also enrolled in our district's Surprise Urinalysis Program and supervision was continued.

On September 12, 2024, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant was referred for inpatient treatment but did not qualify and was continued in substance abuse and mental health treatment. Supervision was continued.

On January 22, 2025, a Violation Report was submitted to the court advising the defendant tested positive for marijuana. The defendant's sessions increased with her substance abuse treatment provider, and she began working on cognitive interventions with her probation officer. Supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 25, 2025, the defendant tested positive for marijuana. The defendant was verbally reprimanded for her decision to continue using illegal substances. The defendant is actively engaged with treatment at First Step Services. She attends drug testing as scheduled and is honest with the probation office and substance abuse counselor about her struggles with use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Kyara Nicole Jones
Docket No. 5:16-CR-175-2BO
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy<br>Maurice J. Foy<br>Supervising U.S. Probation Officer | /s/ Quanda L. Lunsford<br>Quanda L. Lunsford<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8801<br>Executed On: March 10, 2025 |

## ORDER OF THE COURT

Considered and ordered this __10__ day of __March__, 2025 and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
United States District Judge